# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA VALLESTEROS,<br><br>                   Plaintiff,<br><br>        vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>                   Defendant. | Case No. CV 11-10358-ODW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file, as well as the Report and Recommendation of the U.S. Magistrate Judge.  On December 13, 2012, Plaintiff filed Objections, stating that the Magistrate Judge had not made clear whether the remand was for the limited purpose of having the ALJ reevaluate the closed period of disability from March 2006 through March 2007 or to allow him or her to consider Plaintiff's eligibility for Disability Insurance Benefits for periods beyond that.  To the extent the Report and Recommendation was unclear in that regard, the Court finds that because the ALJ

1

necessarily did not evaluate Plaintiff's credibility in the context of her apparent entitlement to at a minimum a period of closed disability benefits, the ALJ should reassess her credibility as a whole to determine her entitlement to benefits for the even longer periods she claims.

   Having reviewed the record, the Court concurs with and accepts the Magistrate Judge's recommendations.  IT THEREFORE IS ORDERED that Judgment be entered reversing the decision of the Commissioner and remanding this action for further proceedings consistent with the Report and Recommendation and this Order.

DATED: January 4, 2013                  _____
                                        OTIS D. WRIGHT
                                        U.S. DISTRICT JUDGE

2