1
2
3
4
5
6
7
8
9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 LINA VALLESTEROS,                    ) Case No. CV 11-10358-ODW (JPR)
                                       )
13                    Plaintiff,       )
                                       ) ORDER ACCEPTING FINDINGS AND
14          vs.                        ) RECOMMENDATIONS OF U.S.
                                       ) MAGISTRATE JUDGE
15 MICHAEL J. ASTRUE,                  )
   Commissioner of the Social          )
16 Security Administration,            )
                                       )
17                    Defendant.       )
   _____)

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19 Complaint, Joint Stipulation, Administrative Record, and all

20 other records on file, as well as the Report and Recommendation

21 of the U.S. Magistrate Judge.  On December 13, 2012, Plaintiff

22 filed Objections, stating that the Magistrate Judge had not made

23 clear whether the remand was for the limited purpose of having

24 the ALJ reevaluate the closed period of disability from March

25 2006 through March 2007 or to allow him or her to consider

26 Plaintiff's eligibility for Disability Insurance Benefits for

27 periods beyond that.  To the extent the Report and Recommendation

28 was unclear in that regard, the Court finds that because the ALJ

1

1  necessarily did not evaluate Plaintiff's credibility in the
2  context of her apparent entitlement to at a minimum a period of
3  closed disability benefits, the ALJ should reassess her
4  credibility as a whole to determine her entitlement to benefits
5  for the even longer periods she claims.

6      Having reviewed the record, the Court concurs with and
7  accepts the Magistrate Judge's recommendations.  IT THEREFORE IS
8  ORDERED that Judgment be entered reversing the decision of the
9  Commissioner and remanding this action for further proceedings
10 consistent with the Report and Recommendation and this Order.

11

12 DATED: January 4, 2013         _____
13                                OTIS D. WRIGHT
                                  U.S. DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28