**JS-6 / ENTERED**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINA VALLESTEROS, | ) | Case No. CV 11-10358-ODW (JPR) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, IT IS HEREBY ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

DATED:   January 4, 2013 _____

OTIS D. WRIGHT
U.S. DISTRICT JUDGE