ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LINA VALLESTEROS, | No. CV 11-10358-ODW (JPR) |
| Plaintiff, | **ORDER FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees ("Stipulation"), IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1  of SIX THOUDSAND DOLLARS ($6,000), subject to the terms of the
2  Stipulation.  Under the terms of the Stipulation, payment may be delivered to
3  Plaintiff's counsel. The pending motion for fees is denied as moot.

6  Dated: April 15, 2013

HON. JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-2-